FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUN 21 2013

DAVID J. MALAND, CLERK
BY
DEPUTY _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:13CR164 |
| | § | Judge Schell/Bush |
| WILLIAM LAFON MUSGROVE | § | |

## ELEMENTS OF THE OFFENSE

The defendant is charged in an information with Negligent Release of an Extremely Hazardous Substance, in violation of Title 42, United States Code, Section 7413(c)(4).

The essential elements which must be proven to establish a violation of this offense are:

1. That the defendant negligently released a substance.

2. That the substance was an Extremely Hazardous Substance as that term is defined in the Clean Air Act, Title 42, United States Code, Section 7413(c)(4), and the Emergency Planning and Community Right to Know Act, Title 42, United States Code, Section 11002(a)(2).

3. That the defendant released the substance into the ambient air.

4. By releasing the substance into the ambient air, the defendant negligently placed another person in imminent danger of death or serious bodily injury.

JOHN M. BALES
UNITED STATES ATTORNEY

/s/ Jim Noble
_____
JIM NOBLE
Assistant United States Attorney
110 North College St., Suite 700
Tyler, Texas 75702
903/ 590-1400, ext. 272
SBN 15050100